UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
|---|---|---|
| TELEPHONE ( ) | PRETRIAL CONFERENCE | (✘) |
| ACTUAL   (✘) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Tuesday, July 1, 2008 @ 10:00 a.m.

CASE NUMBER:  3:CV-04-2335

CAPTION:   Thompson v. Austin

COUNSEL FOR PLAINTIFF:          Marion Munley, Esquire

COUNSEL FOR  DEFENDANT:          Gary N. Stewart, Esquire

CONFERENCE RESULTS:

♦ Pre-trial conference held.  Case scheduled for jury trial on Monday, October 20, 2008 beginning with jury selection at 8:30 a.m.